```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
YUSEF SALAAM, et al.,

                Plaintiffs,

       -against-                          03 Civ. 10080 (DAB)
                                          OPINION
CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2008

DEBORAH A. BATTS, United States District Judge:

By Order dated December 11, 2007, the Court ordered the above-captioned case to be consolidated under the docket number 03 Civ. 9685.

Accordingly, the Clerk of Court is hereby directed to remove this case from the docket.

SO ORDERED.

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge

Dated:   February 15, 2008
         New York, New York